**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| CHRISTINE LIEBERT, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 4:25-40104-MRG |
| JEFFREY LOURIE, et al, | ) ) | |
| *Defendants.* | ) ) ) | |

## ORDER OF DISMISSAL

**GUZMAN, D.J.**

In accordance with the Order filed on May 26, 2026 [Doc. No. 11], adopting the Report and Recommendations [Docket No. 9], recommending the action be DISMISSED, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

August 5, 2026                                                          /s/Suzanne Frisch
Date                                                                         Deputy Clerk